NEIDLINGER, Respsondent, v. ONWARD CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. August 31, 1905.) Action by George H. Neidlinger against the Onward Construction Company. No opinion. Judgment and order granting extra allowance affirmed, with costs upon the opinion of Herrick, J., at Special Term. 90 N. Y. Supp. 115.